Ronald L. Richman, SBN 139189
Susan J. Olson, SBN 152467
BULLIVANT HOUSER BAILEY PC
235 Pine Street, Suite 1500
San Francisco, California 94104
Telephone: 415.352.2700
Facsimile: 415.352.2701
E-Mail: ron.richman@bullivant.com
       susan.olson@bullivant.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE CEMENT MASONS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE CEMENT MASONS TRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>                    Plaintiffs,<br><br>  vs.<br><br>D. LOPEZ JR., an individual,<br><br>                    Defendant. | Case No.: 4:14-cv-03016-DMR<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND RETENTION OF JURISDICTION; ORDER THEREON** |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs, on the one hand, and Defendant D. Lopez Jr., on the other hand, that pursuant to the Settlement Agreement and Release and Stipulation for Dismissal ("Agreement"), which is expressly incorporated by reference into this Stipulation for Dismissal Without Prejudice and Retention of Jurisdiction, that this Court dismiss this action, without prejudice, and retain jurisdiction over this matter to

1 | enforce the Agreement should any action be required to enforce the Agreement after the
2 | dismissal without prejudice is entered by the Court.
3 | DATED: February 26, 2015

BULLIVANT HOUSER BAILEY PC

By _____
Ronald L. Richman
Susan J. Olson

Attorneys for Plaintiffs

10 | DATED: February ___, 2015

BENJAMIN LAW GROUP

03 / 11 / 2015

By _____
Na'il Benjamin

Attorneys for Defendant D. Lopez Jr.

## ORDER

Pursuant to the parties' Stipulation and Agreement, which terms and conditions are fully incorporated herein by this reference, and good cause appearing:

IT IS HEREBY ORDERED that this matter is dismissed, without prejudice.

IT IS FURTHER ORDERED that this Court shall expressly retain jurisdiction over this matter to enforce the Agreement should any action be required to enforce the Agreement after the dismissal without prejudice is entered by the Court. See generally *Kokkonen v. Guardian Life Ins. Co. of America,* 511 US 357, 381 (1994); *Hagestad v. Tragesser,* 49 F.3d 1430, 1432 (9th Cir. 1995).

DATED: March 16, 2015

By /s/ Donna M. Ryu
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

15434677.1